## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO.: 1:18-cv-03000-KMT

CARLOS BRITO,

    Plaintiff,

v.

DILLON REAL ESTATE CO., INC.
and MINI MART, INC. d/b/a Loaf 'N Jug,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO and Defendants, DILLON REAL ESTATE CO., INC. and MINI MART, INC. (collectively the "Parties"), by and through their respective attorneys, submit this Joint Notice of Settlement as follows:

1. On August 20, 2019, the Parties reached a settlement agreement resolving the dispute that gave rise to this action.

2. The parties have reached a settlement with respect to all claims and defenses asserted by and between them in this action.

3. Pursuant to the Parties' settlement agreement, the Parties will file a stipulated Motion for Dismissal with Prejudice within thirty (30) days of this Notice.

Dated this 21st, day of August, 2019.

    Respectfully submitted,

    By: _/s/Ashley Larson_
    Ashley Larson
    SUTTON BOOKER, P.C.
    4949 South Syracuse Street
    Suite 520
    Denver, CO 80237
    Telephone: (303) 730-6204
    Facsimile: (303) 730-6202
    Email: alarson@suttonbooker.com

*Attorney for Defendants, Dillon Real Estate Co., Inc. and Mini Mart, Inc.*

By: */s/ Anthony J. Perez*
Anthony J. Perez
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway, Suite 1600
Denver, CO 80202
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mails: ddunn@lawgmp.com
aquezada@lawgmp.com
*Attorney for Plaintiff*